IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21cr21 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| CHARLES EDWARD SEVERT, JR. | : | |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES RESET

| | |
|---|---|
| Date of Scheduling Conference | 6/1/2021 |
| Jury Trial Date | from 6/7/2021 to 8/9/2021 |
| Final Pretrial Conference (by telephone) | Monday, 8/2/2021 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 6/28/2021 |
|    Other Motions | 7/13/2021 |
| Discovery Cut-off | 7/20/2021 |
| Speedy Trial Deadline | Extended through close of business on 8/9/2021 by defendant's motion to continue 6/7/2021 trial date and the Court finding on the record that the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 United States Code Section 3161 et seq. |
| Discovery out – Plaintiff to Defendant | done |

June 2, 2021

*/s/ Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE