IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                           : CASE NO: 3:21-CR-021
                              : JUDGE RICE

Charles Edward Severt, Jr.,
SSN: \*\*\*-\*\*-1803

        Defendant.

        and

RIVER VALLEY CREDIT UNION

        Garnishee.

### TERMINATION OF GARNISHMENT ORDER

Upon Plaintiff's Termination Of Garnishment and pursuant to the provisions of 28 U.S.C. § 3205(b)(10), and for good cause showing that the Garnishee is no longer in possession of any property belonging to the Defendant Charles Edward Severt, Jr.,

IT IS HEREBY ORDERED that the Garnishee Order against the property of Charles Edward Severt, Jr. be terminated.

DATE 7-25-23

_____
UNITED STATES DISTRICT JUDGE